UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARNELL R. HICKS,<br><br>                    Plaintiff,<br><br>     -against-<br><br>BEN ERVIN; JAMES KASTANIS; JOHN DOE; JOHN DOE,<br><br>                    Defendants. | 23-CV-1840 (LTS)<br><br>CIVIL JUDGMENT |

     Pursuant to the Court's May 22, 2023 order, this action is dismissed. The Court dismisses Plaintiff's claims under federal law for failure to state a claim on which relief may be granted, *see* 28 U.S.C. § 1915(e)(2)(B)(ii), and declines to consider, under its supplemental jurisdiction, Plaintiff's claims under state law, *see* 28 U.S.C. § 1367(c)(3).

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 8, 2023
           New York, New York

                                               /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                          Chief United States District Judge